# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

137268(64)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

                                         SC: 137268
                                         COA: 273333
                                         Lapeer CC: 05-008462-FH

MATTHEW JOSEPH SOARES,
     Defendant-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's January 16, 2009 order is considered, and it is GRANTED. We VACATE our order dated January 16, 2009. On reconsideration, the application for leave to appeal the July 24, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Feezel* (Docket No. 138031) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

                                        Clerk

d0518